UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                Case No. 09-43427

BENJAMIN A. CARTER,                                   Chapter 13

       Debtor.                                        Judge Thomas J. Tucker
_____/

**MEMORANDUM REGARDING ATTORNEY FEE APPLICATION
AND CERTIFICATION OF NO RESPONSE**

On June 3, 2009, the Debtor's counsel filed a fee application. (Docket # 35). The

Applicant's 20-day notice of this fee application was served by mail on the appropriate parties

on June 3, 2009. The Applicant filed a Certification of No Response on June 24, 2009 (Docket #

38), indicating that no one had objected to the fee application.

The Certification of No Response was filed prematurely, because the time for filing

objections had not yet expired. The deadline for objections was June 26, 2009. This deadline is

determined by first adding 20 days to the date of service of the 20-day notice, plus 3 days. The

three days is added under Fed.R.Bankr.P. 9006(f), whether the 20-day notice was served by mail

or electronically through the Court's CM/ECF system. In the case of parties served only

electronically with the 20-day notice, through the Court's CM/ECF system, the Court's ECF

Administrative Procedures state that three days is still added in calculating the objection

deadline. *See* ECF Procedure 12(f)(available on the Court's website at

http://www.mieb.uscourts.gov/cmecfInfo/ECFAdminProc.pdf). Then, if the 23rd day after

service falls on a weekend or a Court holiday, the objection deadline is the next day on which the

Court is open. *See* Rule 9006(a), Fed.R.Bankr.P.; and L.B.R. 9014-1(c)(E.D.M.).

The Court will not act on the Applicant's fee application until the Applicant files a new Certification of No Response that is based upon the correct objection deadline.

**Signed on June 25, 2009**

                                                **/s/ Thomas J. Tucker**
                                                   **Thomas J. Tucker**
                                                **United States Bankruptcy Judge**